IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01858-GPG

VANESSA D. SHEPLEY,

    Plaintiff,

v.

DOUGLAS COUNTY,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff Vanessa D. Shepley resides in Denver, Colorado.  Ms. Shepley initiated this action on July 8, 2021, by filing *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("IFP Application") (ECF No. 3).

    On July 12, 2021, Magistrate Judge Gordon P. Gallagher issued an Order Denying Leave to Proceed Pursuant to 28 U.S.C. § 1915. (ECF No. 4).  Ms. Shepley was instructed to pay the full amount of the $402.00 filing fee if she wished to pursue any claims in this action. (*Id.*). Magistrate Judge Gallagher warned Ms. Shepley that failure to comply with the July 12, 2021 Order requiring full payment of the filing fee within 30 days would result in dismissal of this action without prejudice and without further notice. (*Id.*).

    Ms. Shepley has failed to pay the filing fee.  Furthermore, she has not communicated with the Court since she initiated this action.  Therefore, the action will

be dismissed without prejudice.  Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Vanessa Shepley, to comply with the July 12, 2021 Order Denying Leave to Proceed Pursuant to 28 U.S.C. § 1915 and directing Plaintiff to pay the filing fee and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Ms. Shepley files a notice of appeal she must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED August 19, 2021, at Denver, Colorado.

BY THE COURT:


   s/Lewis T. Babcock           
LEWIS T. BABCOCK, Senior Judge
United States District Court