IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01858-LTB

VANESSA D. SHEPLEY,

    Plaintiff,

v.

DOUGLAS COUNTY,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on August 19, 2021, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 19th day of August, 2021.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/ T. Vo,
                                      Deputy Clerk